KEROTEST MANUFACTURING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 8153, 8154.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 8, 1942.

Decided Dec. 8, 1942.

Samuel Kaufman, of Pittsburgh, Pa. (S. Leo Ruslander, and Julian H. Ruslander, both of Pittsburgh, Pa., on the brief), for petitioner.

Carolyn E. Egger, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, J. Louis Monarch,

**864**

and Arthur A. Armstrong, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed for the reasons satisfactorily and sufficiently set forth in its memorandum opinion.